MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
KRAVITZ, SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone:  (702) 362-6666
Facsimile:   (702) 362-2203
E-Mail: mkravitz@ksjattorneys.com
E-Mail: mesposito@ksjattorneys.com
*Attorneys for Defendant Kohl's Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Cynthia Wheeler,<br><br>            Plaintiff,<br><br>v.<br><br>Trans Union, LLC, Experian Information Solutions, Inc., Equifax Information Services, LLC, America First Credit Union, Capital One Bank (USA) N.A. and Kohl's Inc.,<br><br>            Defendants. | Case No.:  2:22-cv-01660-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER OR OTHER REPONSIVE PLEADING** |

Plaintiff, CYNTHIA WHEELER, by and through her counsel, the KIND LAW and FREEDOM LAW FIRM, and KOHL'S INC., by and through its counsel, KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD., hereby stipulate and agree as follows:

1. Plaintiff filed her Complaint for Damage Pursuant to the Fair Credit Reporting Act, 15 U.S.C. §1681, *et. seq.* on September 2, 2022;

2. Plaintiff served Kohl's Inc. on October 1, 2022;

3. Kohl's Inc.'s deadline to respond, move or otherwise plead to the Complaint is October 25, 2022;

4. Plaintiff and Kohl's Inc. have agreed to continue Kohl's Inc.'s responsive deadline until November 28, 2022;[1]

---

[1] A thirty-day extension of the deadline here would set a responsive deadline of November 24, 2022, which is the Thanksgiving Holiday. Accordingly, the responsive pleading deadline has been continued to the following Monday, November 24, 2022.

1

5. This continuance will allow Kohl's Inc. to review its records pertaining to the allegations in the Complaint, and allow the Parties time to meaningfully discuss the merits of the same.

6. This is the first stipulation between the Plaintiff and Kohl's Inc. to extend the time for Kohl's Inc. to respond, move, or otherwise plead to the Complaint and it is not being entered into for purposes of delay.

DATED this 21st day of October, 2022.

KRAVITZ SCHNITZER
JOHNSON & WATSON, CHTD.

*/s/ Michael R. Esposito, Esq.*
MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorneys for Defendant Kohl's Inc.*

DATED this 21st day of October, 2022.

KIND LAW

*/s/ Michael Kind, Esq.*
MICHAEL KIND, ESQ.
Nevada Bar No. 13909
8860 S. Maryland Pkwy, Suite 106
Las Vegas, Nevada 89123
*Attorneys for Plaintiff
Cynthia Wheeler*

**ORDER**
**IT IS SO ORDERED**

**DATED:** 12:25 pm, October 24, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**