Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Cynthia Wheeler*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Cynthia Wheeler,<br><br>    Plaintiff,<br>v.<br><br>Trans Union, LLC et al,<br><br>    Defendants. | Case No.: 2:22-cv-01660-GMN-BNW<br><br>**Stipulation to extend deadline to file the proposed discovery plan and scheduling order**<br><br>**(First request)** |

Cynthia Wheeler ("Plaintiff") and Capital One N.A. (erroneously sued as Capital One Bank (USA), N.A.) and Equifax Information Services, LLC ("Defendants") (jointly as the "parties"), by and through their respective counsel, hereby stipulate to  extend Local Rule 26-1's deadlines for the parties to hold their initial Fed. R. Civ. P. 26(f) conference and to file their proposed discovery plan and scheduling order (the "Deadlines").

Good cause exists to extend the Deadlines. The Parties need additional time for counsel to coordinate to set the discovery conference. Additionally, the Parties are engaged in active settlement discussions that may alleviate the need to submit a proposed discovery plan. Therefore, it is appropriate to extend the deadlines for the

1 Parties to file their proposed discovery plan and scheduling order to allow time for

2 the Parties to meet and confer in compliance with Local Rule 26-1(b).

3 Parties therefore request to extend the Deadlines by 30 days, making the new

4 deadline for the submission of a stipulated discovery plan and scheduling order on

5 **January 12, 2023**. This is the first request for an extension of this deadline.

6 Dated: December 12, 2022.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**MCDONALD CARANO LLP**

 /s/ Karyna M. Armstrong
Karyna M. Armstrong, Esq.
Jeff Silvestri, Esq.
2300 West Sahara Avenue, Suite 1200
La Vegas, Nevada 89102
*Counsel for Capital One N.A. (erroneously sued as Capital One Bank (USA) N.A.)*

**CLARK HILL PLLC**

/s/ Gia Marina
Gia Marina, Esq.
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
*Counsel for Equifax Information Services, LLC*

STIPULATION - 2 -

**SCHEDULING ORDER**

IT IS HEREBY ORDERED that the Scheduling Order is modified to extend the discovery deadlines as stated above.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 13, 2022

STIPULATION - 3 -