Jeff Silvestri, Esq. (NSBN 5779)
Karyna M. Armstrong, Esq. (NSBN 16044)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
jsilvestri@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com

*Attorneys for Defendant, Capital One, N.A.,
successor-by-merger to Capital One Bank (USA), N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA WHEELER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, AMERICA FIRST CREDIT UNION, CAPITAL ONE BANK (USA) N.A. AND KOHL'S INC.,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-01660-GMN-BNW<br><br>**MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST AND PROPOSED ORDER GRANTING MOTION** |

Defendant Capital One, N.A., successor-by-merger to Capital One Bank (USA), N.A. and erroneously named as Capital One Bank (USA), N.A., (hereinafter, "Capital One"), by and through its counsel of record, files this Motion for Removal from the CM/ECF System Service List (the "Motion") in the above-captioned matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  The basis of this Motion is that Capital One has been dismissed from this action pursuant to the Stipulation for Dismissal of Capital One, N.A., Successor-by-Merger to Capital One Bank (USA), N.A., erroneously sued as Capital One Bank (USA) N.A. Without Prejudice (ECF No. 40).

Dated: April 4, 2023.

          McDONALD CARANO LLP

          By: /s/ Karyna Armstrong
              Jeff Silvestri (NSBN 5779)
              Karyna M. Armstrong (NSBN 16044)
              2300 West Sahara Avenue, Suite 1200
              Las Vegas, Nevada 89102
              Telephone: (702) 873-4100
              jsilvestri@mcdonaldcarano.com
              karmstrong@mcdonaldcarano.com

*Attorneys for Defendant, Capital One, N.A., successor-by-merger to Capital One Bank (USA), N.A.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 5, 2023

## CERTIFICATE OF SERVICE

I certify that I am an employee of McDonald Carano LLP, and that on the 4th day of April, 2023, a true and correct copy of the foregoing **MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST AND PROPOSED ORDER GRANTING MOTION** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

/s/   *Marianne Carter*
An employee of McDonald Carano LLP